UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 28, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER GONZALES,

Defendant.

Case No. 2:17-mj-00147-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER GONZALES

Case No. 2:17-mj-00147-DB  Charge 18 USC § 922(a)(1)(A), 922(j), 922(g)(1), 371; 21 USC § 841(a)(1); 26 USC § 5861(e) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

**X**   Unsecured Appearance Bond $   25,000 co-signed by Brianne Ott

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X**   (Other): Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on August 28, 2017 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman